```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

JAMES D. LYONS,                    )
                                   )
     Plaintiff,                    )   Civil Action No. 5:05-405-JMH
                                   )
v.                                 )
                                   )
CHARLES G. RAY, M.D.,              )   **MEMORANDUM OPINION AND ORDER**
                                   )
     Defendant.                    )

                       **       **       **       **       **

Before the Court is Plaintiff James D. Lyons' Federal Rule of Civil Procedure 60(b) motion for relief from this Court's February 26, 2007, order denying plaintiff's motion to reconsider the Court's earlier order denying him leave to amend his complaint [Record No. 106]. This matter is ripe for review.

Pursuant to Rule 60(b), the Court may relieve a party from an order under several circumstances, including "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1). Plaintiff's Rule 60(b) motion only addresses this Court's finding that granting leave to amend is likely futile since his claims against the federal employees who treated him at the Federal Medical Center in Lexington ("FMC Lexington") are time-barred. The Court also based its February 26, 2007, ruling on its finding that Judge Forester did not rely on erroneous facts in the original order denying leave to amend. Based on this fact alone, Plaintiff's Rule 60(b) motion fails.

Plaintiff has also not demonstrated that his claims were

timely filed. The conduct at issue in this case allegedly occurred between January 30, 2001, and July 5, 2001. Plaintiff filed a Federal Tort Claim Act Form 95 in February 2002 and originally filed his claims in the United States District Court for the Northern District of Ohio in July 2003. He did not attempt to amend the complaint to state claims against federal employees until November 18, 2005, more than four years after the conduct at issue in this case.

Finally, even assuming *arguendo* that the undersigned judge and Judge Forester both erred in denying leave to amend, Plaintiff's motion is moot in light of this Court's order granting summary judgment to Defendant Dr. Charles Ray on all claims. Accordingly, **IT IS ORDERED** that Plaintiff's motion for Rule 60(b) relief [Record No. 106] be, and the same hereby is, **DENIED**.

This the 1st day of May, 2007.



Signed By:
*Joseph M. Hood*
United States District Judge